UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.
Circuit Court Case No.: 50-2020-CA-012542-XXXX-MB

**GILBERT SAINT-CYR,**

       **Plaintiff,**

v.

**WALGREEN CO. and
CHRIS GULLICKSON,**

       **Defendants.**
_____/

## DEFENDANT CHRIS GULLICKSON'S NOTICE OF REMOVAL

Defendant, CHRIS GULLICKSON (hereinafter "Gullickson"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of the above-styled action filed by Plaintiff, GILBERT SAINT-CYR (hereinafter "Plaintiff"), from the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to this Court. Gullickson submits the following short and plain statement of the grounds for removal, in accordance with 28 U.S.C. § 1446(a), which shows that removal is proper in this case:

1. On November 15, 2020, Plaintiff filed his original Complaint alleging three counts against Defendant Walgreen Co. ("Walgreens") in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. (Compl.). The Clerk of that Court assigned Case No. 50-2020-CA-012542 to this action.

2. On February 19, 2021, Plaintiff filed his First Amended Complaint (First Am.

Compl.), again asserting three counts against Walgreens.

3. On November 9, 2021, Plaintiff filed a Second Amended Complaint (Sec. Am. Compl.) against both Walgreens and Gullickson.[1] (Exhibit A).

4. Plaintiff's Second Amended Complaint purports to set forth one count against Gullickson for alleged violations of 42 U.S.C. § 1981 ("Section 1981"). (Sec. Am. Compl. ¶¶ 60-65). Plaintiff's Second Amended Complaint also sets forth twelve counts against Walgreens, including alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII"), Florida's Private Sector Whisteblower's Act, F.S. § 448.101-105, *et seq.* ("FPSWA"), and the Florida Civil Rights Act, Fla. Stat. § 760 et seq. ("FCRA"). (Sec. Am. Compl. ¶¶ 48-160).

5. The Court has original jurisdiction over this action over civil actions arising under the Constitution, laws, or treaties of the United States. See 28 U.S.C. § 1331. In this case, the Court has original jurisdiction over this action because Plaintiff alleges violations of the Section 1981 and Title VII. See 28 U.S.C. § 1331. It also has supplemental jurisdiction over the alleged violations of the FPSWA and the FCRA contained in the Complaint. See 28 U.S.C. § 1367. Therefore, this action is properly removable under 28 U.S.C. § 1331, § 1367, and § 1441(a), which allows for removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

6. Venue is proper in this Court under 28 U.S.C. § 1391(b) and 1441(a).

7. A complete copy of all pleadings filed in the Circuit Court of the Fifteenth Judicial Circuit has been filed simultaneously with this Notice of Removal.

---

[1] Although it retains the title "First Amended Complaint," the pleading served on this date is actually Plaintiff's Second Amended Complaint.

2

8. Gullickson has provided written notice of the removal to Plaintiff, and, contemporaneously with this Notice, Gullickson is filing the Notice of Filing Notice of Removal in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit B.

9. Walgreens consents to the removal of this action.

10. Both Gullickson and Walgreens will respond to Plaintiff's Second Amended Complaint in this Court in accordance with Rules 8, 12, and 81 of the Federal Rules of Civil Procedure.

11. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it has been filed within thirty (30) days after receipt of Plaintiff's Second Amended Complaint through service or otherwise.

WHEREFORE, Gullickson respectfully requests that this Court assume jurisdiction over this matter for all further proceedings.

Dated this 12th day of November, 2021.

Respectfully submitted,

*s/ Gregory A. Hearing*
GREGORY A. HEARING
Florida Bar No.: 817790
Gregory.hearing@gray-robinson.com
BENJAMIN W. BARD
Florida Bar No.: 95514
Benjamin.bard@gray-robinson.com
GRAYROBINSON, P.A.
401 East Jackson Street, Suite 2700
Post Office Box 3324 (33601-3324)
Tampa, Florida, 33602
Tel:  (813) 273-5000
Fax:  (813) 273-5145
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system, and a true and correct copy of the foregoing was sent by electronic mail and U.S. Mail, to the following:

Colin Richards, Esq.
Colin Richards Law, P.A.
1218 The Pointe Drive
West Palm Beach, FL 33409
ColinRichardsLaw@gmail.com

ATTORNEY FOR PLAINTIFF

                                            s/ Gregory A. Hearing
                                            Attorney