UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-82066-CIV-DIMITROULEAS

GILBERT SAINT-CYR,

    Plaintiff,

v.

WALGREEN CO. and
CHRIS GULLICKSON,

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant's Motion for Bill of Costs [DE's 43/44], and the Report and Recommendation of United States Magistrate Judge William Matthewman [DE 87]. The Court notes that no objections to the Report [DE 55] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 55] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

  Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 55] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 55] is hereby **ADOPTED** and **APPROVED**;

2.    Defendant's Motion for Bill of Costs [DE's 43/44] is **GRANTED;**

3.    Plaintiff is hereby ordered to pay Defendants their total costs in the amount of $402.00.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of July, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge William Matthewman